907 A.2d 1006

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ALTURIK FRANCIS, DEFENDANT–MOVANT.

September 8, 2006.

Granted.

907 A.2d 1006

BRIAN SCOTT OWENS, ET AL., PLAINTIFFS–MOVANTS,
v. GERALD FEIGIN, MD., ET AL., DEFENDANTS.

September 21, 2006.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

907 A.2d 1006

STEVE STARZYNSKI, PLAINTIFF–RESPONDENT, v. SETON HALL UNIVERSITY AND MATTHEW MCCUE, DEFENDANTS–MOVANTS, AND DANIEL HOLWAY, DEFENDANT–RESPONDENT.

September 21, 2006.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the trial court for further proceedings in light of *Hardwicke v. American Boychoir School* 188 *N.J.* 69, 902 *A.*2d 900 (2006).